# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-10269
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

December 27, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Paul Corey Martinez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CR-67-1

———————————————————

Before Elrod, *Chief Judge*, and Haynes and Duncan, *Circuit Judges*.

Per Curiam:*

Paul Corey Martinez asserts that the statute under which he was convicted, 18 U.S.C. § 922(g)(1), is facially unconstitutional under the Second Amendment in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). The Government has filed an unopposed motion

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10269

for summary affirmance or, alternatively, for an extension of time in which to file a brief.

The Government is correct that Martinez's challenge is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024). The unopposed motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED as moot, and the judgment of the district court is AFFIRMED.